IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT ENGLISH, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv565 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on May 13, 2009 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 1, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **ORDERS** that the EAJA fee petition filed by plaintiff's counsel is **GRANTED** and that counsel is **AWARDED** $3,029.04.

IT IS SO ORDERED.

                                                                                                                             s/Susan J. Dlott
                                                                                                                           Chief Judge Susan J. Dlott
                                                                                                                           United States District Court